```
                                                        ┌─────────────────────────────┐
                                                        │           FILED             │
              UNITED STATES DISTRICT COURT              │   December 28, 2012         │
                                                        │  CLERK, US DISTRICT COURT   │
        FOR THE EASTERN DISTRICT OF CALIFORNIA          │   EASTERN DISTRICT OF       │
                                                        │      CALIFORNIA             │
                                                        │        DEPUTY CLERK         │
                                                        └─────────────────────────────┘
```

UNITED STATES OF AMERICA,            )
                                     )          CASE NUMBER: 2:12-mj-00348 CKD
            Plaintiff,               )
                                     )
v.                                   )              ORDER FOR RELEASE
                                     )              OF PERSON IN CUSTODY
MATTHEW ROBERTS,                     )
                                     )
            Defendant.               )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release Matthew Roberts; Case 2:12-mj-00348 CKD

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

     \_\_     Release on Personal Recognizance

     \_\_     Bail Posted in the Sum of _____

     __X__     Unsecured Appearance Bond in the amount of $50,000.

     \_\_     Appearance Bond with 10% Deposit

     \_\_     Appearance Bond secured by Real Property

     \_\_     Corporate Surety Bail Bond

     __X__     (Other) Pretrial Supervision/Conditions.

Issued at  Sacramento, CA  on  12/28/12  at  2:45 pm.

By _____
Carolyn K. Delaney
United States Magistrate Judge