BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MATTHEW ROBERTS, ) <br> ) <br> Defendant. ) <br>_____ | CASE NO. 2:12-MJ-348 CKD <br><br> STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME |

The parties agree that time beginning January 11, 2013 and extending through January 25, 2013 should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for preliminary examination until January 25, 2013. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). In particular, the time is required so that the government and Defendant may exchange information, including pre-indictment discovery, and analyze its importance to the case. The parties are discussing a pre-indictment resolution to the case. The

parties submit that this interest of justice outweighs the interest of the public and the Defendant in a speedy filing of an indictment or information, in accordance with Title 18, United States Code, § 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases, in accordance with Fed. R. Crim. P. 5.1(d).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: January 9, 2013          By:   /s/ Matt Segal
                                     MATTHEW D. SEGAL
                                     Assistant U.S. Attorney

DATE: January 9, 2013                /s/Jeff Staniels by MDS
                                     JEFFREY STANIELS
                                     Counsel for Defendant

**SO ORDERED.**

DATE: January 9, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE