```
JOSEPH SCHLESINGER, Bar# 87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MATTHEW SEAN ROBERTS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>MATTHEW SEAN ROBERTS,<br><br>             Defendant.<br>_____ | No. 2:12-mj-348 CKD<br><br>MOTION FOR BAIL REVIEW, TO SUSPEND PRETRIAL RELEASE CONDITION REQUIRING PARTICIPATION IN MORAL RECONATION PROGRAM AND FOR STAY PENDING RESOLUTION OF THIS MOTION; ~~PROPOSED~~ ORDER<br><br>Date:   FEBRUARY 4, 2013<br>Time:   2:00 p.m.<br>Judge:  Hon. Edmund F. Brennan |

   MATTHEW SEAN ROBERTS, by his attorneys, the Office of the Federal Defender, and Assistant Federal Defender, Jeffrey L. Staniels, hereby moves review of the terms of his pre-trial release, and specifically, for an order modifying the terms of his pretrial release suspending or temporarily staying the requirement that he participate in the Pretrial Services Moral Reconation Program and for a stay of the existing condition pending resolution of this Motion.

   As grounds for this motion Mr. Roberts contends that the requirement is burdensome, at least in the short term, for two reasons, namely that it is a hardship to attend the sessions at the Courthouse in light of the fact that his automobile has been seized by the government leaving him without transportation and the fact that he is

1  struggling to establish income producing employment providing computer
2  and web-based services on a self-employed basis.
3      The court is advised that Mr. Staniels has conferred with
4  government counsel, Assistant United States Attorney Matthew Segal, who
5  has authorized me to inform the court that the government does not
6  object to the requested stay pending resolution of this motion, and
7  that it asserts no position on the merits of the request for relief.
8  Dated:  February 1, 2013

                                    Respectfully submitted,

                                    JOSEPH SCHLESINGER
                                    Acting Federal Defender


                                     /S/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    MATTHEW SEAN ROBERTS



**O R D E R**

   This motion is hereby ordered to be placed on this court's duty calendar for Monday, February 4, 2013, at 2:00 p.m. for hearing.  The current condition of pretrial release is hereby STAYED pending this hearing and further order of the court.

   **IT IS SO ORDERED.**

                                    By the Court


Date: February 1, 2013
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE


Motion for Bail Review;
Proposed Order                          2